IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CATHRYN HOMEYER, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:18-CV-03928 |
| HOME DEPOT USA, INC. | § § | |
| Defendant. | § § | |

## ORDER GRANTING UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

BE IT REMEMBERED that on the 11th day of February, 2019, came before this Honorable Court, the Motion to Substitute Counsel, and the Court being of the opinion that said Motion should in all respects be granted. It is therefore, ORDERED, ADJUDGED and DECREED that Ranelle Meroney, Troy Helling, and Amy Welborn, are hereby substituted in place of Arthur K. Smith and the Law Offices of Arthur K. Smith as attorneys of record for Home Depot U.S.A., Inc.

ORDERED, ADJUDGED and DECREED that all future pleadings, notices and other correspondence be forwarded to Ranelle Meroney, Troy Helling, and Amy Welborn of Hawkins, Parnell & Young, LLP., 4514 Cole Avenue, Dallas, Texas 75205, tel: 214-780-5100, fax: 214-780-5200a and 1717 West 6th Street, Suite 250, Austin, Texas 78703, tel: (512)687-6900, fax (512) 687-6990, rmaroney@hpylaw.com, thelling@hpylaw.com, and awelborn@hpylaw.com.

SIGNED this 11th day of February, 2019.

_____
JUDGE PRESIDING